1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MIGUEL TORRES,                          No.  1:21-cv-01503-ADA-CDB (PC)

12             Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS TO DISMISS
13       v.                                  ACTION DUE TO PLAINTIFF'S FAILURE
                                             TO OBEY A COURT ORDER AND
14   G. KAMEN, et al.,                       FAILURE TO PROSECUTE

15             Defendants.                   (ECF No. 16)

16

17          Plaintiff Miguel Torres is a state parolee proceeding pro se and in forma pauperis in this

18   civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 28, 2023, the Magistrate Judge issued findings and recommendations

21   recommending dismissal of this action for Plaintiff's failure to obey a court order and failure to

22   prosecute.  (ECF No. 16.)  The findings and recommendations contained notice of a fourteen-day

23   deadline within which Plaintiff could file objections.  Plaintiff has not filed any objections, and

24   the deadline to do so has passed.

25          In accordance with the provision of 28 U.S. C. § 636(b)(1)(C), the Court has conducted a

26   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

27   findings and recommendations to be supported by the record and proper analysis.

28   ///

Accordingly,

1.  The findings and recommendations issued on February 28, 2023, (ECF No. 16), are adopted, in full;

2.  This action is dismissed, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute; and

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 30, 2023

_____
UNITED STATES DISTRICT JUDGE

2